# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0552 | 9722707 | OFC. NORMAN | 5041 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 7/28/2020 @ 1805 | 38 CFR 1.218 (b)(11) |

Place of Offense: 4100 W. Third St Dayton, OH 45428

Offense Description: Factual Basis for Charge — HAZMAT ☐

Disorderly Conduct

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Walker | Brenda | C |

Street Address: [redacted]
City: [redacted]

☒ Adult ☐ Juvenile   Sex: ☐ Male ☒ Female   Hair: ___ Eyes: ___ Height: ___ Weight: ___

### VEHICLE   VIN: N/A

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | | N/A |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | TPD |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Unable to Sign

Original - CVB Copy

*9722707*

---

Violation Number: 9722707   CVB Location Code: 0552

I state that on 07/28/2020 while exercising my duties as a law enforcement officer in the Southern District of Ohio

On July 28, 2020 at 1805 hours, Brenda Walker came to the outpatient Pharmacy to pick up a perscription. The Pharmacy had to run a screen on Walker, in order for her to get her medication. Walker became upset with the Pharmacy once her medication was denied and called the Pharmacist a "Cunt" and yelled on her way out hospital.

The DBRS report advised that the Patient was cussing about her medication. I have issued Ms. Walker a USDCVN for Dorderly Conduct 38CFR1.218(b)11

Officer's Name: C. Norman 5041

UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

## NOTICE TO APPEAR

| VIOLATION NUMBER | LOCATION CODE | DATE OF VIOLATION NOTICE |
|---|---|---|
| 9722707 | OS52 | 7-28-2020 |

You are notified that you must appear and respond to this violation at the following address on the date circled below:

**Federal Building
200 West Second Street
Fifth Floor, Courtroom 4
Dayton, Ohio 45402**

In calendar year 2020, court will be held on the following dates. You **must** appear on the date circled below:

| | |
|---|---|
| January 30, 2020 at 2:30 pm | July 30, 2020 at 2:30 pm |
| February 27, 2020 at 2:30 pm | August 27, 2020 at 2:30 pm |
| March 26, 2020 at 2:30 pm | (September 24, 2020 at 2:30 pm) |
| April 30, 2020 at 2:30 pm | October 29, 2020 at 2:30 pm |
| May 28, 2020 at 2:30 pm | November 19, 2020 at 2:30 pm |
| June 18, 2020 at 2:30 pm | December 17, 2020 at 2:30 pm |

**FAILURE TO APPEAR AS REQUIRED ON THE DATE AND TIME ABOVE MAY RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST**

Defendant's Signature: _Unable to Sign_