```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                        WESTERN DIVISION


UNITED STATES OF AMERICA,      :   Case No. 3:20-po-078

      v.                       :   HON. PETER B. SILVAIN, JR.

BRENDA C. WALKER,              :

      Defendant.               :
```

## GOVERNMENT'S MOTION TO DISMISS

Now comes the United States, by and through counsel, and respectfully requests that the Court dismiss the charge/citation in the above-captioned case.

```
                          Respectfully submitted,


                          VIPAL J. PATEL
                          Acting United States Attorney

                          s/ DeMarr Moulton
                          _____
                          DEMARR MOULTON (NY 5724869)
                          Assistant United States Attorney
                          200 West Second Street, Suite 600
                          Dayton, Ohio 45402
                          Phone: (937) 225-2910
                          Fax: (937) 225-2564
                          demarr.moulton@usdoj.gov
```

**CERTIFICATE OF SERVICE**

I certify that a copy of the above Motion to Dismiss was electronically filed on this 6th day of August, using the Court's CM/ECF system, which will send notification of filing to all counsel of record.

s/ DeMarr Moulton
DEMARR MOULTON (NY 5724869)
Assistant United States Attorney